[No. 35794-1-II.   Division Two.   May 20, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. HENRY ISAAC PULLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02559-0, Rosanne Buckner, J., entered January 12, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, A.C.J., concurred in by Hunt and Penoyar, JJ.

[No. 35869-7-II.   Division Two.   May 20, 2008.]

CUSTOM AUTO INTERIORS, INC., *Respondent,* v. CUSTOM RV INTERIORS, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-06432-5, Roger A. Bennett, J., entered January 12, 2007. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, C.J., and Armstrong, J.

[Nos. 35993-6-II; 35995-2-II.   Division Two.   May 20, 2008.]

HOMER WILSON ET AL., *Respondents,* v. CURT ELLISON, *Appellant.*

BOULEVARD DEVELOPMENT, INC., *Respondent,* v. CURTIS ELLISON, *Appellant.*

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 05-2-00450-5, Gordon Godfrey, J., entered January 22, 2007. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Armstrong, J.